**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JAMES TARPLEY,**
    **Plaintiff,**

**vs.**                                         **CASE NO.: 3:05cv43/RV/MD**

**OSCAR SHIPLEY,**
    **Defendant.**

_____

**O R D E R**

        **This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 3, 2006.  The plaintiff  has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.**

        **Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.**

        **Accordingly, it is now ORDERED as follows:**

        **This case is dismissed with prejudice.**

        **DONE AND ORDERED this 3rd day of May, 2006.**

                            **/s/** *Roger Vinson*
                            **ROGER VINSON
                            SENIOR UNITED STATES DISTRICT JUDGE**